1526

The People of the State of New York, Respondent, v Christopher J. Carmody, Appellant. [934 NYS2d 893]—

Memorandum: Defendant appeals from a judgment convicting him, upon his plea of guilty, of rape in the third degree (Penal Law § 130.25 [2]) and criminal sexual act in the third degree (§ 130.40 [2]). To the extent that defendant's contention that he was denied effective assistance of counsel survives his guilty plea (see People v Bethune, 21 AD3d 1316 [2005], lv denied 6 NY3d 752 [2005]), that contention lacks merit (see generally People v Ford, 86 NY2d 397, 404 [1995]). Defendant received "an advantageous plea and nothing in the record casts doubt on the apparent effectiveness of counsel" (id.). The sentence is not unduly harsh or severe. Present—Scudder, P.J., Centra, Fahey, Carni and Sconiers, JJ.